**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA DIVISION**
**FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In Re:

    PAUL GUEVARA                                            Case No.:  14-20581-BKC-JKO
                                                                              Chapter 13

    _____Debtor_____/

**MOTION TO MODIFY CHAPTER 13 PLAN**

    **COMES NOW** the above-named debtor, by and through undersigned attorney of record, and respectfully moves the Court pursuant to Section 1329 of Title 11 of the United States Code, Rule 9013 of the Rules of Bankruptcy Procedure, and Rule 9013-1 of the Local Bankruptcy Rules for the entry of an order modifying the plan and in support hereof alleges and says that:

1. This case was commenced by the filing of a petition with the Clerk of this court on May 7th, 2014.

2. The Chapter 13 plan was subsequently confirmed by order of this Court dated October 6th, 2014.  *See* ECF D.E. 45.

3. The Debtor has been offered a permanent loan modification agreement with secured creditor, Ocwen Loan Servicing LLC, for property located at 13311 NW 11 Street, Pembroke Pines, FL 33028.  A copy of the permanent loan modification agreement with Ocwen Loan Servicing is enclosed herein and referred as Composite Exhibit A.

4. As a result, Debtor would like to modify the plan to include payments to the lender.

5. Debtor is moving the Court to approve the Modified Plan which would include the permanent loan modification payment.

Page **1** of **2**

6. The proposed Modified Plan was filed contemporaneously with this motion as a separate docket entry.

7. The debtor is also moving the Court for such other and additional relief as the court may seem just and proper.

**WHEREFORE,** the debtor respectfully prays of the Court as follows:

A. That the debtor's motion to modify plan be granted as provided for in the body of this motion;

B. That the monthly plan payments be changed, modified or maintained as requested herein;

C. That the debtor receives such other and further relief as to the Court may seem just and proper.

        Respectfully submitted,

        Bankruptcy Law Firm of Clare Casas P.A.
        Attorneys for Debtor
        7450 Griffin Road, Suite 170
        Davie, Florida  33314
        Telephone: (954) 255-2022
        Facsimile: (954) 727-9976
        E-mail: clarecasas@ombankrupty.com

        BY   /s/ Clare Casas_____
            Clare Casas (FBN 0663239)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A). I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.